[No. 1735.]

L. C. VAN RIPER, and JOSEPH H. HUTCHINSON,
Appellants, *v.* CHARLES H. BOTSFORD, et al.,
Respondents.

Appeal from the District Court of the First Judicial District of the State of Nevada, Esmeralda County; *Frank P. Langan*, Judge.

Action by L. C. Van Riper and Joseph H. Hutchinson against Charles H. Botsford, and Frank P. Langan, District Judge. From an order setting aside a default, plaintiffs appeal. **Dismissed.**

The facts sufficiently appear in the opinion.

*Detch, Carney & Stevens*, for Appellants.

*Hall, Thayer & Steele*, and *C. L. Harwood*, for Respondents.

By the Court, Sweeney, J.:

Upon the authority of, and for the reasons stated in, the opinion rendered in the case entitled *Charles H. Botsford, Relator,* v. *Frank P. Langan, District Judge of the First Judicial District, State of Nevada, Respondent* (29 Nev. 459, 91 Pac. 737), the motion to dismiss the appeal in the present case is hereby granted.